IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS ALVIDREZ,

          Plaintiff,

vs.                                   CIV 16-0525 KG/SCY

COUNTY OF SANTA FE; SANTA FE ADULT
CORRECTIONAL FACILITY; and
UNIDENTIFIED HEATH CARE PROVIDERS,

          Defendants.

ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*.   On April 1, 2016, Plaintiff filed a *Complaint for Damages* against Defendants in the First Judicial District Court, County of Santa Fe, State of New Mexico.  On June 3, 2016, Defendants removed that case to this Court pursuant to 28 USC §§ 1441(b) and 1446(a) and (b).  Defendants claim that federal questions appear on the face of Plaintiff's Complaint that are subject to the original jurisdiction of this Court pursuant to 28 USC §§ 1331 and 1343(a)(3) and (4), and are as follows:

Paragraph 1 of the Complaint states that the "action is brought pursuant to…the United States Constitution; and, the laws of the State of New Mexico and the United States."

However, based on Defendants' Notice of Removal, it is not clear this Court has subject matter jurisdiction.

THEREFORE, this Court orders that counsel appear by telephone on Tuesday, July 12, 2016, at 2:00 p.m., in order for Defendants' attorney to explain why this case should not be remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico.  Counsel shall call 505-348-2354 to be connected to the conference.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE