IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS ALVIDREZ

      Plaintiff,

v.                                  Cause No.  16-CV-525 KG/SCY

COUNTY OF SANTA FE; and
SANTA FE COUNTY ADULT CORRECTIONAL FACILITY; and
UNIDENTIFIED HEALTH CARE PROVIDERS

      Defendants.

## STIPULATED ORDER ACKNOWLEDGING NO FEDERAL JURISDICTION

**THIS MATTER** came before the Court upon the stipulation of the Parties as evidenced herein. The Court finds that it lacks subject matter jurisdiction over the matter of *Jesus Alviderez v. County of Santa Fe; and Santa Fe County Adult Correctional Facility; and Unidentified Healthcare Providers*. This matter was removed by Defendants on June 3, 2016. [Doc. 1] Defendants removed the matter based on paragraph 1 of Plaintiff's Complaint for Damages which states that the "action is brought pursuant to…the United States Constitution; and, the laws of the State of New Mexico and the United States." [Doc. 1 at ¶ 8] Plaintiff stipulates to the dismissal with prejudice of all claims against any Defendant that arises under federal law; therefore, the Court lacks subject matter jurisdiction and the case is remanded for adjudication of Plaintiffs' state law claims.

.

**IT IS THEREFORE ORDERED** that Cause No. 16-CV-525 KBM/SCY is **REMANDED** to the First Judicial District, County of Santa Fe, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Approved via email on 6/27/2016 via email*
Mr. Joseph E. CampBell, Esq.
3 George Court, Suite C2
Edgewood, NM  87015
505-286-7800
*Attorney for Plaintiff*


BRENNAN & SULLIVAN, P.A.


*/s/ Sabrina R. Salvato*
James P. Sullivan
Sabrina Rodriguez Salvato
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendants*